*E-filed 8/1/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURELIO MACIEL MATA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD J. ULRICK, et. al.,<br><br>    Defendants.<br>_____/ | Case No. C07-03915 HRL<br><br>**CLERK'S NOTICE RE-SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the Case Management Conference, originally set for November 9, 2007 at 1:30 p.m., is reset for **November 13, 2007 at 1:30 p.m** in Courtroom 2. The parties' joint case management conference statement shall be filed no later than **November 6, 2007**.

Dated:    8/1/07                                             /s/  KRO
                                                                      Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

3  James Dal Bon jdblaw@earthlink.net

5  Dated: 8/1/07

                                    /s/  KRO
                        Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2