Alan M. Phillips, Esq. SBN 054320
1000 Verde Rd. - P.O. Box 996
Half Moon Bay, CA 94019
(650) 366-8231

Attorney for Defendant BOB MONSEN dba CONSTRUCTION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 07 03915 HRL

AURELIO MACIEL MATA

                              Plaintiff,         ANSWER TO COMPLAINT FOR DAMAGES

vs

EDWARD J. ULRICK dba ULRICO

SERVICES, BOB MONSEN dba

CONSTRUCTION SERVICES, and

DAFOE COMPANY and DOES 1-10

                              Defendants.

_____/

       The defendant, BOB MONSEN dba CONSTRUCTION SERVICES hereby answers to individually numbered paragraphs of the plaintiff's Complaint as follows:

       1. Answering Paragraph (1) of the Complaint, BOB MONSEN dba CONSTRUCTION SERVICES denies that Plaintiff has ever, at any time, been employed on an hourly basis, or at all, by

1  SERVICES, denies that he had any control over the Plaintiff's work condition and/or work situation.

2  3. Answering Paragraphs (9), (10), (11), (12), (13), (14), (17), (19), (25) (28) (34) (35) (40) (41) (42) (43) (48) and each of them, of the Complaint, BOB MONSEN dba CONSTRUCTION SERVICES, denies that Plaintiff has ever, at any time, been employed on an hourly basis, or at all, in any capacity whatsoever, by BOB MONSEN dba CONSTRUCTION SERVICES.

6  4. Answering Paragraph (16) of the Complaint, BOB MONSEN dba CONSTRUCTION SERVICES, denies that he was the agent and/or employee of each, or any, of the remaining defendants, and/or that he ever, at any time, acted within the course and scope of any said such alleged agency and/or employment.

10  5. No response is required to the allegations contained in Paragraphs (2), (3), (13), (14), (18), (20), (21), (22), (23), (24), (26), (29), (30), (31), (32), (33), (36), (37), (38), (39), (41), (42), (43), (44), (45), (46), (47), (49), (50), (51), (52), (53), (54), and (55), because they state legal conclusions.

13  6. BOB MONSEN dba CONSTRUCTION SERVICES is without sufficient knowledge or information to admit or deny the allegations contained in Paragraphs (2), (4), (5) except as to BOB MONSEN dba CONSTRUCTION SERVICES, (6), (8) except as to BOB MONSEN dba CONSTRUCTION SERVICES, (9) except as to BOB MONSEN dba CONSTRUCTION SERVICES, (10), (11) except as to BOB MONSEN dba CONSTRUCTION SERVICES, (12), (15), (16), (19) except as to BOB MONSEN dba CONSTRUCTION SERVICES, (28) except as to BOB MONSEN dba CONSTRUCTION SERVICES, (35) except as to BOB MONSEN dba CONSTRUCTION SERVICES, each and all of which as regards BOB MONSEN dba CONSTRUCTION SERVICES are denied.

21  7. Answering Paragraph (7) of the Complaint, BOB MONSEN dba CONSTRUCTION SERVICES admits that he does business in Pescadero, San Mateo County, California.

FIRST DEFENSE

1  9. The Plaintiff has failed to mitigate his damages, if any.

THIRD DEFENSE

10. All allegations based upon the laws of the State of California must be removed to the appropriate State Court.

WHEREFORE, defendant BOB MONSEN dba CONSTRUCTION SERVICES requests that this Court:

1. Dismiss the Complaint;

2. Award BOB MONSEN dba CONSTRUCTION SERVICES his costs and reasonable attorneys' fees.

3. Grant such other relief as the Court deems just and proper.

JURY DEMAND

BOB MONSEN dba CONSTRUCTION SERVICES demands a trial by jury on all claims triable to a jury.

Respectfully submitted,

BOB MONSEN dba CONSTRUCTION SERVICES

By his attorney,

Alan M. Phillips, Esq.

**PROOF OF SERVICE BY MAIL**

**1.  I am over the age of 18 years and not a party to this cause.  I am a resident of or employed in the county where the mailing occurred. My business address is P.O. Box 996, Half Moon Bay, CA 94019.**

a sealed envelope with postage fully prepaid, as follows:

      a.    Date of Deposit: October 26, 2007

      b.    Place of Deposit: Half Moon Bay, California

      c.    Addressed as follows:

James Dal Bon, Esq.
Law Office
128 First Street #613
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed October 26, 2007, at Half Moon Bay, California.

                                       _____
                                       Alan M. Phillips