```
1  James Dal Bon
   CA Bar #157942
2  Dal Bon and Wang
   12 S. First Street #613
3  San Jose, CA 95113
   (408) 292-1040
4
   Attorney for PLAINTIFF
5


6  Alan M. Phillips, Esq. SBN 054320
   1000 Verde Rd. - P.O. Box 996
7  Half Moon Bay, CA 94019
   (650) 366-8231
8
9  Attorney for Defendant BOB MONSEN dba CONSTRUCTION SERVICES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MACIEL MATA [1] | Case No.  C 07 03915 HRL |
|  | JOINT CASE MANAGEMENT |
| Plaintiff, | CONFERENCE STATEMENT |
| vs | |
| EDWARD J. ULRICK dba ULRICO | Hearing Date: 11/13/2007 |
| SERVICES, BOB MONSEN dba | Time: 1:30 p.m. |
| CONSTRUCTION SERVICES, and | Dept: Ctrm 2, 5th Flr |
| DAFOE COMPANY and DOES 1-10 | Hon. Magistrate Judge Howard R. Lloyd |
| Defendants. _____/ | |

<u>JOINT CASE MANAGEMENT CONFERENCE STATEMENT</u>

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT, ADR CERTIFICATION; PROPOSED ORDER

- 1 -

The parties to the above-referenced action jointly submit this Case Management Statement and Mediation Certification.

DESCRIPTION OF THE CASE

1. Jurisdiction and Service:

The Plaintiff claims United States District Court has jurisdiction under the Fair Labor and Standards Act.  Co-defendants EDWARD J. ULRICK and DAFOE COMPANY have not been served..

2. Facts:

This is a wage and hour case.  The plaintiff claims he worked for Defendants as a plasterer.  The plaintiff asserts he worked over eight hours in one day and forty hours in one week and was not paid overtime. Defendant BOB MONSEN  disputes that the plaintiff was his employee and defendant disputes the amount of overtime.

3. Legal Issues:

Whether Defendant is subject to liability under the FLSA; waiting time penalty, violations of California Labor Code and/or Business and Professions Code $17200.

4. Motions:

Defendant and Plaintiff anticipate filing a summary judgment motion  on all issues following limited discovery.

5. Amendment of Pleadings:

Plaintiff anticipates no further amendments to the complaint unless he discovers new parties to the case.

6. Evidence Preservation:

Plaintiff has preserved and will give Defendants copies of his evidence. He will make copies and give defendants copies of any evidence in the file excluding copies of evidence withheld for impeachment purposes.  Defendant BOB MONSEN will do likewise.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT, ADR CERTIFICATION; PROPOSED ORDER

7. <u>Disclosures</u>:

Parties have agreed to exchange disclosures in thirty days.

8. <u>Discovery</u>:

Thirty five special interrogatories per party; Unlimited requests for Admissions and Production of Documents. Parties limited to four non expert depositions at ten hours apiece (eight hour limitation imposed by local rules raised to ten because some depositions may require an interpreter).

9. <u>Class Actions</u>: None we are aware of.

10. <u>Related Cases</u>: None we are aware of.

11. <u>Relief</u>: Plaintiff is asking for lost overtime wages under state and federal law.

12. <u>Settlement and ADR</u>: Both of these parties consent to mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Plaintiff and Defendant consent to a magistrate judge.

14. <u>Other References</u>: None requested

15. <u>Narrowing of Issues</u>: Summary Judgment will narrow issues.

16. <u>Expedited Schedule</u>: None Requested

17. <u>Scheduling</u>: See below

18. <u>Trial</u>: These parties request a jury.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: None that Plaintiff and Defendant are aware of.

### ALTERNATIVE DISPUTE RESOLUTION

Parties met and conferred but cannot submit a stipulation selecting mediation (ADR L.R. 6) as an ADR process with this statement because all parties have not been served/appeared.

### DISCLOSURES

Disclosures will be exchanged in thirty days.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT, ADR CERTIFICATION; PROPOSED ORDER

DISCOVERY

Close of all discovery by May 31, 2008.  Parties do not anticipate using expert witnesses.  However if that occurs  Exchange of expert witnesses June 31, 2008, Deposition of expert witnesses July 31, 2008.  Last Day for dispositive motions August 26, 2008.

TRIAL SCHEDULE

Three day trial sometime in or after September 2008

                                         Respectfully submitted,
                                         Dal Bon & Wang

Dated:  11/6/2007                        _____s/jdb_____
                                         James Dal Bon
                                         Attorney for Plaintiff


                                         Respectfully submitted,

Dated:  11/6/2007                        _____s/amp_____
                                         Alan M. Phillips
                                         Attorney for Defendant BOB MONSEN


CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.  In addition the Court orders:




Dated:                                   _____
                                         Honorable Howard R. Lloyd


JOINT CASE MANAGEMENT CONFERENCE STATEMENT, ADR CERTIFICATION; PROPOSED ORDER