1  Alan M. Phillips, Esq. SBN 054320
   1000 Verde Rd. - P.O. Box 996
2  Half Moon Bay, CA 94019
   (650) 366-8231
3

4  Attorney for Defendant BOB MONSEN dba CONSTRUCTION SERVICES

5

6

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                                          Case No.  C 07 03915 HRL

10 AURELIO MACIEL MATA

11                 Plaintiff,              CONSENT TO MAGISTRATE JUDGE

12 vs

13 EDWARD J. ULRICK dba ULRICO              Hearing Date: 11/13/2007

14 SERVICES, BOB MONSEN dba                 Time: 1:30 p.m.

15 CONSTRUCTION SERVICES, and               Dept: Ctrm 2, 5th Flr

16 DAFOE COMPANY and DOES 1-10

17                 Defendants.

18 _____/

19     The defendant, BOB MONSEN dba CONSTRUCTION SERVICES ("MONSEN") hereby

20 consents to Honorable Magistrate Judge Howard R. Lloyd.

21 Dated: November 6, 2007                  Respectfully submitted,

22                                          BOB MONSEN dba CONSTRUCTION
                                            SERVICES
23

**PROOF OF SERVICE BY MAIL**

1. I am over the age of 18 years and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My business address is P.O. Box 996, Half Moon Bay, CA 94019.

2. I served a copy of the following documents:

   **CONSENT TO MAGISTRATE JUDGE**

by placing a true copy of each document in the United States Mail in a sealed envelope with postage fully prepaid, as follows:

   a. Date of Deposit: November 6, 2007

   b. Place of Deposit: Half Moon Bay, California

   c. Addressed as follows:

**James Dal Bon, Esq.**
**Law Office**
**128 First Street #613**
**San Jose, CA 95113**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 6, 2007, at Half Moon Bay, California.

                                                  _____
                                                **Alan M. Phillips**