JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MACIEL MATA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>EDWARD J. ULRICK dba ULRICO )<br><br>SERVICES, BOB MONSEN dba )<br><br>CONSTRUCTION SERVICES, and DAFOE )<br><br>COMPANY and DOES 1-10 )<br><br>Defendants ) | Case No:  C07-03915<br><br>CONSENT TO APPEAR BEFORE A MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully Submitted

____s/jdb_____

James Dal Bon