**United States District Court**
For the Northern District of California

*E-filed 11/9/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURELIO MACIEL MATA, | Case No. C07-03915 HRL |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| EDWARD J. ULRICK, et. al., | |
|     Defendants. | |
| _____/ | |

PLEASE TAKE NOTICE THAT the Case Management Conference set for November 13, 2007 is continued to **December 18, 2007 at 1:30 p.m** (Courtroom 2, 5th floor of the United States District Court, San Jose) in order to allow time for defendants to enter their appearance. The parties' updated joint case management conference statement shall be filed no later than **December 11, 2007**.

Dated:    11/9/07                                          /s/  KRO
                                                                        Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

James Dal Bon jdblaw@earthlink.net

Alan Martin Phillips alansmudson@yahoo.com

Dated: 11/9/07

                                     /s/  KRO

                         Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California