James Dal Bon
CA Bar #157942
Dal Bon and Wang
12 S. First Street #613
San Jose, CA 95113
(408) 292-1040

Attorney for PLAINTIFF

Alan M. Phillips, Esq. SBN 054320
1000 Verde Rd. - P.O. Box 996
Half Moon Bay, CA 94019
(650) 366-8231

Attorney for Defendant BOB MONSEN dba CONSTRUCTION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | Case No. C 07 03915 HRL |
| AURELIO MACIEL MATA | JOINT CASE MANAGEMENT CONFERENCE STATEMENT (UPDATED) |
| Plaintiff, |  |
| vs |  |
| EDWARD J. ULRICK dba ULRICO SERVICES, BOB MONSEN dba CONSTRUCTION SERVICES, and DAFOE COMPANY and DOES 1-10 | Hearing Date: 12/18/2007
Time: 1:30 p.m.
Dept: Ctrm 2, 5th Flr
Hon. Magistrate Judge
Howard R. Lloyd |
| Defendants. |  |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties to the above-referenced action jointly submit this Case Management Statement and Mediation Certification.

DESCRIPTION OF THE CASE

1. Jurisdiction and Service:

Updated CMC Statement - 1

The Plaintiff claims United States District Court has jurisdiction under the Fair Labor and Standards Act. Co-defendants EDWARD J. ULRICK and DAFOE COMPANY have not been served..

2. <u>Facts</u>:

This is a wage and hour case. The plaintiff claims he worked for Defendants as a plasterer. The plaintiff asserts he worked over eight hours in one day and forty hours in one week and was not paid overtime. Defendant BOB MONSEN disputes that the plaintiff was his employee and defendant disputes the amount of overtime.

3. <u>Legal Issues</u>:

Whether Defendant is subject to liability under the FLSA; waiting time penalty, violations of California Labor Code and/or Business and Professions Code $17200.

4. <u>Motions</u>:

Defendant and Plaintiff anticipate filing a summary judgment motion on all issues following limited discovery.

5. <u>Amendment of Pleadings</u>:

Plaintiff anticipates no further amendments to the complaint unless he discovers new parties to the case.

6. <u>Evidence Preservation</u>:

Plaintiff has preserved and will give Defendants copies of his evidence. He will make copies and give defendants copies of any evidence in the file excluding copies of evidence withheld for impeachment purposes. Defendant BOB MONSEN will do likewise.

7. <u>Disclosures</u>:

Parties have agreed to exchange disclosures as soon as all parties have been served.

8. <u>Discovery</u>:

Thirty five special interrogatories per party; unlimited requests for Admissions and Production of Documents. Parties limited to four non expert depositions at ten hours apiece (eight hour limitation imposed by local rules raised to ten because some depositions may require an interpreter).

9. <u>Class Actions</u>: None we are aware of.

10. <u>Related Cases</u>: None we are aware of.

11. <u>Relief</u>:  Plaintiff is asking for lost overtime wages under state and federal law.

12. <u>Settlement and ADR</u>:  Both of these parties consent to mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>:  Plaintiff and Defendant consent to a magistrate judge.

14. <u>Other References</u>: None requested

15. <u>Narrowing of Issues</u>: Summary Judgment will narrow issues.

16. <u>Expedited Schedule</u>:  None Requested

17. <u>Scheduling</u>:  See below.  Plaintiff needs another 30 days to attempt to serve remaining defendants.

18. <u>Trial</u>: These parties request a jury.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:  None that Plaintiff and Defendant are aware of.

ALTERNATIVE DISPUTE RESOLUTION

Parties met and conferred but cannot submit a stipulation selecting mediation (ADR L.R. 6) as an ADR process with this statement because all parties have not been served/appeared.

## DISCLOSURES

Disclosures will be exchanged thirty days after all defendants have been served/appear.

## DISCOVERY

Close of all discovery by May 31, 2008. Parties do not anticipate using expert witnesses. However if that occurs Exchange of expert witnesses June 30, 2008, Deposition of expert witnesses July 31, 2008. Last Day for dispositive motions August 26, 2008.

## TRIAL SCHEDULE

Three day trial sometime in or after September 2008

                  Respectfully submitted,
                  Dal Bon & Wang

Dated: 12/11/2007

                  _____s/jdb_____
                  James Dal Bon
                  Attorney for Plaintiff

                  Respectfully submitted,

Dated: 12/11/2007

                  _____s/amp_____
                  Alan M. Phillips
                  Attorney for Defendant BOB MONSEN

CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

CMC to be continued to January _____, 2008.

Dated:

_____
Honorable Howard R. Lloyd