UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   December 18, 2007                                    Time in Court: 12 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Aurelio Maciel Mata v. Ulrick et al
**CASE NUMBER**: C07-03915HRL
Plaintiff Attorney present: James Dal Bon
Defendant Attorney present: Alan Phillips

---

**PROCEEDINGS: Case Management Conference**

Matter is continued for a further case management conference to February 12, 2008 At 1:30 p.m.