*E-filed 12/19/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURELIO MACIEL MATA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD J. ULRICK, et. al.,<br><br>    Defendants.<br>_____/ | Case No. C07-03915 HRL<br><br>**CLERK'S NOTICE SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE THAT a further Case Management Conference has been set in this case for **February 12, 2008 at 1:30 p.m.** (Courtroom 2, 5th floor of the United States District Court, San Jose). The parties' updated joint case management conference statement shall be filed no later than February 5, 2008.

Dated:    12/19/07                                                    /s/ KRO  
                                                                               Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

James Dal Bon jdblaw@earthlink.net

Alan Martin Phillips alansmudson@yahoo.com

Dated: 12/19/07

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd