UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   February 12, 2008                                    Time in Court: 7 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:**  Aurelio Maciel Mata v. Edward J. Ulrick, et. al.
**CASE NUMBER**: C07-03915HRL
Plaintiff Attorney present: James Dal Bon
Defendant Attorney present: Alan Phillips

**PROCEEDINGS: Case Management Conference**

Defendants Edward Ulrick and Dafoe Co. are dismissed without prejudice.

Parties are referred to mediation.   Jury trial scheduled for September 15, 2008 with a pretrial conference scheduled for September 6, 2008.

Court to issue written order.