**ALAN M. PHILLIPS, ESQ.**
1000 Verde Rd. - P.O. Box 996
Half Moon Bay, CA 94019
(650) 366-8231
(Fax) 726-5876

FILED

2008 FEB 26  P 4: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

February 22, 2008

Clerk, United States District Court
Northern District-San Jose Office
280 S. 1st Street, Rm. 2112
San Jose, CA 95113

Re: Mata vs. Ulrick (Monsen) #C 07 03915 HRL

At the CMC on 2/12/2008 Plaintiff waived jury trial. Defendant continues to request jury trial. Judge Lloyd asked that I so inform you.

Sincerely,

Alan M. Phillips
Attorney for Defendant

Copy To: Mr. Dal Bon