1  JAMES DAL BON # 157942
   LAW OFFICES OF JAMES DAL BON
2  28 North 1st Street Suite 210
   San Jose, CA 95113
3
   Tel (408)297-4729
4  Fax (408)297-4728

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| AURELIO MACIAL MATA | Case No.: C07-03915 HL |
|---|---|
| Plaintiff | PROPOSED ORDER |
| vs. | |
| ULRICO SERVICES ET AL | |
| Defendants | |

IT IS ORDERED

Plaintiff is granted leave to amend the complaint within ten days to include a cause of action under Cal. Lab. § 2810 against Defendant Bob Monsen.

Previous discovery deadline and trial dates are canceled.

The new schedule is as follows:

Last day for discovery September 10, 2008.

The parties to disclose experts by September 17, 2008.

The close of expert discovery to occur on October 17, 2008.

1

Motion to Amend the Complaint

1  The pre-trial conference is on November 11, 2008.

2

3  The trial is scheduled for November 17, 2008.

4  Dated:

5

6

7  _____

8      Honorable Magistrate Judge

9      Howard R Lloyd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2