1  JAMES DAL BON # 157942
   LAW OFFICES OF JAMES DAL BON
2  28 North 1st Street Suite 210
   San Jose, CA 95113
3
   Tel (408)297-4729
4  Fax (408)297-4728

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| AURELIO MACIAL MATA | Case No.: C07-03915 HL |
|---|---|
| Plaintiff | PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE FRPC 201 AND PROPOSED ORDER |
| vs. | |
| ULRICO SERVICES ET AL | |
| Defendants | |

Plaintiff AURELIO MACIAL MATA requests that the court take judicial notice, pursuant to Federal Rule of Evidence 201, of following facts all of which were taken from records of the State California Contractor's License Website http://www.cslb.ca.gov/:

The California Department of Consumers State Contractor's License Board does not list Hal Flanders or the Dafoe Company as having a contractor's license.

The California Department of Consumers State Contractor's License Board does not list Ed Ulrick or Ulrico Services as having a contractor's license for the past ten years.

**Judicial Notice**

1  Dated:

2

3

4

5  It is so ordered.

6

7

8  _____

9  Honorable Magistrate Judge

10  Howard R Lloyd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Judicial Notice**