# EXHIBIT 1

Case 5:07-cv-03915-HRL    Document 18-4    Filed 04/23/2008    Page 1 of 3

JAMES DAL BON # 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

Tel (408)297-4729
Fax (408)297-4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| AURELIO MACIAL MATA | Case No.: C07-03915 HL |
|---|---|
| Plaintiff | DECLARATION OF ARELIO MACIAL MATA |
| vs. | |
| ULRICO SERVICES ET AL | |
| Defendants | |

I declare under the penalty of perjury by the laws of the state of California that the following is true and correct based upon my personal knowledge:

1) My native language is Spanish. I do not understand or read English.

2) The checks marked as Ex 2 are true copies of checks I received from my employers Bob Monsen and Ed Ulrick.

April 21, 2008

_/s/ Aurelio Maciel M._
Aurelio Maciel Mata

1

Case No.: C07-03442

Stipulation to Amend the Complaint

JAMES DAL BON # 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

Tel (408)297-4729
Fax (408)297-4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| AURELIO MACIAL MATA | Case No.: C07-03915 HL |
|---|---|
| Plaintiff | DECLARATION OF ANNA-MARIE KLIMKOVA |
| vs. | |
| ULRICO SERVICES ET AL | |
| Defendants | |

I declare under the penalty of perjury by the laws of the state of California that I speak and read both Spanish and English fluently and I am a certified Spanish translator. I am certified by the federal courts.

The foregoing document entitled Declaration of Aurelio Mata and attached to this motion as Exhibit 2, has been orally translated by me to Aurelio Mata, and he indicated he understood the contents of the document and signed it in my presence.  My name Anna-Marie Klimkova state certification number 300948.

April 21, 2008

Anna-Marie Klimkova