# EXHIBIT 3

JAMES DAL BON # 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

Tel (408)297-4729
Fax (408)297-4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| AURELIO MACIAL MATA | Case No.: C07-03915 HL |
|---|---|
| Plaintiff | DECLARATION OF JAMES DAL BON |
| vs. | |
| ULRICO SERVICES ET AL | |
| Defendants | |

I James Dal Bon declare under penalty of perjury by the laws of the State of California that the following is true and correct based upon my personal knowledge:

1) I am attorney of record for the Plaintiff in this case.

2) I had difficulty locating the defendants Ed Ulrick and Hal Flanders. When the Plaintiff came into my office he had difficulty spelling or pronouncing his employers' name.

3) I checked the California State Contractor's website at http://www.cslb.ca.gov/ It does not list Hal Flanders or the Dafoe Company as licensed contractors. The same website does not list Ulrico Services or Ed Ulrick as licensed contractors during the time period covered by the complaint.

4) At the Case Management Conference in February 12, 2008 the Defense attorney for Bob Monsen presented me with copies of a series of contracts between himself and Defendants Ed Ulrick and Hal Flanders for the first time. The packet is more than 262 pages long.

1

**Declaration of James Dal Bon**

5) Plaintiff's Exhibit 4 is a true copy of two of those contracts.

6) On March 12, 2008 on behalf of other employees, I filed a state court complaint against Defendant Bob Monsen, Ed Ulrick and other Defendants for state and federal wage and hour violations in state court.

7) This time I was able to serve Defendant Ed Ulrick the new complaint after I discovered that Mr. Ulrick was hiring day laborers outside of Home Depot in Sunnyvale.

8) Plaintiff's Exhibit 5 is a true copy of the Proof of Service of the new complaint on Ed Ulrick of the second complaint.

April 22, 2008

_____s/jdb_____

James Dal Bon

Attorney for Plaintiff

2

**Declaration of James Dal Bon**