```
FILED
MAY 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

**E-filing**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Mata,<br><br>      Plaintiff(s),<br><br>  v.<br><br>Ulrick,<br><br>      Defendant(s). | No. C 07-03915 HRL MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _May 6, 2008_

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _May 6, 2008_     _____
Mediator, Laura Stevens
Law Offices of Laura Stevens
2831 Telegraph Ave.
Oakland, CA 94609

**Certification of ADR Session**
07-03915 HRL MED