*E-filed 05/16/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURELIO MACIEL MATA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD J. ULRICK, et. al.,<br><br>　　　　Defendants.<br>_____/ | Case No. C07-03915 HRL<br><br>**CLERK'S NOTICE CONTINUING HEARING ON THE MOTION TO AMEND THE COMPLAINT**<br><br>Re: Docket No. 18 |

　　　PLEASE TAKE NOTICE THAT on the Court's own motion, the hearing on the Motion to Amend the Complaint, set for June 3, 2008, is continued to **June 17, 2008 at 10:00 am** (Courtroom 2, 5th floor of the United States District Court, San Jose).

　　　Plaintiff is reminded of his requirement to file a chambers copy of the motion papers with the Court. Further, Plaintiff should notify the Court whether he intends to proceed with this motion in light of the mediation session completed May 6, 2008 (Docket No. 19).

Dated:　　05/16/08　　　　　　　　　　　　　　　/s/  MPK
　　　　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

James Dal Bon jdblaw@earthlink.net

Alan Martin Phillips alansmudson@yahoo.com

Dated: 5/16/08

                        /s/  MPK

              Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California