1  JAMES DAL BON
2  LAW OFFICES OF JAMES DAL BON
   28 NORTH 1ST STREET SUITE 210
3  SAN JOSE, CA 95113
   (408)297-4729
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR DISTRICT OF NORTHERN CALIFORNIA
8                         SAN JOSE DIVISION
9
10 AURELIO MACIEL MATA            )   Case No: 07-03915HRL
                                  )
11         Plaintiffs,             )   NOTICE OF SETTLEMENT
                                  )
12      vs.                        )
                                  )
13                                 )
                                  )
14                                 )
   EDWARD J. ULRICK dba ULRICO    )
15 SERVICES, BOB MONSEN dba       )
   CONSTRUCTION SERVICES, and     )
16 DAFOE                          )
                                  )
17 COMPANY and DOES 1-10          )
                                  )
18         Defendants
19
20  1. Plaintiffs by and through their counsel of record, hereby notifies the court this case has
21     been settled. We request that all action concerning this case be suspended pending the
22     parties signing the final settlement documents.
23
24  Dated: 5/20/08                        By:_____/s/jdb_____
25                                              James Dal Bon
                                                Attorney for Plaintiffs
26
27  Notice of settlement
28

PAGE 1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | Notice of settlement |
| 28 | |